# United States District Court
# Eastern District of North Carolina

**Nigel Max Edge**

Case No. 7:25-cv-598-D

### V.

United States of
    America,
    Clarkstown
    Police Department,
    Oak Island Police Department,
    Brunswick County
    Sheriff's Department,
    Hope for the Warriors (FBI)
    Criminal Investigative
    Division,
    U.S. Department of Justice

**Complaint**

# 14th Amendment

**Plaintiff**

Nigel Edge

157 Nw 10th Street

Oak Island Nc 28465

**Defendants**

2

# United States of America

## U.S. Department of Justice

950 Pennsylvania Ave NW

Washington DC 20530

## Clarkstown Police Department

20 Maple Ave

New City NY 10956

## Brunswick County Sheriff's Department

70 Stamp Act Dr NE

Bolivia NC 28422

## Oak Island Police Department

4621 E Oak Island Dr

Oak Island, NC 28465

## Hope for the Warriors (FBI)

8003 Forbes Place

Suite 320 Springfield, Va 22151

## Criminal Investigative Division

27130 Telegraph Rd

Quantico VA 22134

## Sean Mandall/Manadel al-Jamadi (NCIS AGENT and Terrorist) Law Aid for Terrorists

3

**In the Discovery of a "Civil Conspiracy," made by the U.S. Government, and LGBQT White Supremacist Pedophiles (Epstein) responsible for the GLOBAL WAR ON TERROR, "Abu Ghraib Scandal" and ATTACKS ON 9/11;**

That Nigel Edge has been **Human Trafficked** (Prisoner), by "**Authorities**" collectively named in this Complaint and survived what is now recognized as the "**Epstein**" and "**Abu Ghraib Scandals**."

-Surviving acts of **TREASON** revealed in this Complaint the plaintiff has been subjected to **TORTURE** and **MULTIPLE** attempts of **MURDER** (wrongful death, pain and suffering) made by the United States Government, Military, Law Enforcement and Medical Personnel.

-The Plaintiff has been intentionally deprived of **Fair Legal Proceedings**, the **Protection of Fundamental Rights of Life Liberty and Property**, in an attempt to Cover **TREASON** committed by the U.S. Military, Law Enforcement, Medical Personnel and Judges in an Attempt to Conclude the **"Human Genocide of Straight men used**(unknowingly)**"** in an illegally run Pedophile Ring run by **AUTHORITIES** that the plaintiff survived unknowingly do to LGBQT code and the use of "Hidden Camera's."

In applying **LGBQT Code to the GLOBAL WAR ON TERROR** and Documentation pertaining to Nigel Max Edge (previously Sean DeBevoise) it is **Proof Beyond a REASONABLE DOUBT** that Nigel Edge has been **Intentionally Deprived of his 14thn Amendment Right of Due Process.**

By providing the plaintiff his Constitutional Right **"Authorities,"** would reveal **TREASON by ALL Law Enforcement** involved before and after; that everyone involved owed a duty above the average citizen in providing Justice to the General population including Nigel Max Edge. Instead, named "Authorities have withheld their obligation for Justice and are "Actively withholding Crucial Information and actions aiding terrorism and pedophilia that Nigel Edge has been depending on.

Over the years surviving blindly through MULTIPLE HATE CRIMES, ATTEMPTS OF MURDER, promoting Suicide BY AUTHORITIES and MEDICAL PERSONNEL as TREASON, Nigel Edge has discovered disturbing incentives for this behavior.

Even after the Conclusion of the Abu Ghraib and Epstein Scandal using the exact form of communication; Nigel has not been provided "Justice," promised by the U.S. Constitution. That Collectively "Authorities" have attempted to Conceal this Conspiracy, embarrassing and disgracing every American Citizen further by not upholding their obligatory duty for Justice.

4

**Keys for interpretation**

LGBQT- QTLGD-Q(You) T(Eat) LG(Large)D(Dick)

**Anagrams**

A word, phrase, or name formed by rearranging the letters of another, such as cinema, formed from Iceman.

**Palindrome**

A word, sentence, verse, or even number that reads the same backward or forward.

**Phonetic**

A system of writing, having a direct correspondence between symbols and sounds, spelling words the way they sound.

**Imagery**

Visually descriptive or figurative language, especially in literary work.

**Dyslexic**-likes dicks, or in this case kids; reading in reverse

**Numeronym**

a word, usually an abbreviation, composed partially or wholly of numerals (the plaintiff's social security number)


**Revealed in this article Agent Mandall is a Terrorist, named "Manadel al-Jamadi" otherwise known for "Going to(al) Jamadi(Law-aid) Manadel (lab name) killings(LGBQT translated) "Laws going to aid lab name(neas) killings" Proof of Agent Mandall and CID TREASON, assisting in the assassination and genocide of men serving in the United States Military and the reason that Nigel Edge has not been provided "Justice." PROOF BEYOND A REASONABLE DOUBT THAT NIGEL EDGE'S LIFE VIOLATES HIS 14th AMENDMENT RIGHT ON "DUE PROCESS." That Nigel Edge has been Human Trafficked by "Authorities" and the "U.S. Government" and that the U.S. Government attempted to Murder Nigel Edge, an Upstanding Law-Abiding Citizen.**

5

# Abu Ghraib;Torture and Prisoner Abuse

During the early stages of the Iraq War, members of the United States Army and the Central Intelligence Agency committed a series of human rights violations and war crimes against detainees in the Abu Ghraib prison in Iraq. These abuses included physical abuse, sexual humiliation, physical and psychological torture, and rape, as well as the killing of Manadel al-Jamadi and the desecration of his body.[3][4][5][6] The abuses came to public attention with the publication of photographs by CBS News in April 2004, causing shock and outrage and receiving widespread condemnation within the United States and internationally.[7]



Known as *The Hooded Man*, a

Proven throughout this case with documentation as evidence it has been proven that Nigel Edge has been human trafficked by "Authorities," below is the direct translation; Proof

6

that the United States not only Human Trafficked Nigel Edge, also aided in his attempted murder.

**Killing of Manadel al-Jamadi and the desecration of his body (Hm3 Deal's body was blown up and urinated on similar to mine). Converting to "Law-aids killing of lab names(neas)." Referring to Mission's intended to murder U.S. Servicemen like the plaintiff to this case.**

Acknowledgement as "Evil Gays," used in the False Birth certificate (official document created by LGBQT Community).

**Albany- "A lab Ne" Sean William DeBevoise-"Debe voy se mail will sean-Going to see neas dead, mail will**



-The false "Certificate of Birth Registration," created at 61 Washington Ave, Suffern, NY, reveals that this was the birthplace of this plan at the "Village of Suffern (U.S. Firm of Evil Gays). This exhibit shows that this hate crime was a **lifelong sentence** created at the issuance of this document and that every act of cruelty and manipulation throughout Nigel Edge's life is directly related to LGBQT organization

Social Security Number-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(GEZ 86((murder(attempted in Iraq)) now suicide)



-The Plaintiff is aware that this information should be kept private, however, to do so would add more danger than to expose it in order to fix an already nightmarish situation

-Friendly reminder to the court that Nigel
Edge's legal name was previously Sean DeBevoise as observed on his Social Security Card above, he has legally changed this since.



**The imagery in this picture reveals that the plaintiff; 3(you) R(are)**

**♠(Spade; relating to a ACE or CIA), observed in the article the CIA is responsible for the "Mission" associated to this case.**

8

## Memorandum Supporting Obstruction of Justice and Intentional Infliction of Emotional Stress
## -Conspiracy to Commit a Crime
## -Aiding and abetting

That Agent Mandall/Manadel al-Jamadi, upon the plaintiff's discovery of facts, confessed that the military has performed this EXACT RAID repeatedly for purposes of Murdering U.S. Servicemen, and that the "Terrorists (prisoners from Abu Ghraib Prison)" found inside this target house were STOCKED previous to each RAID with PRISONER's from Abu Ghraib Prison. And that the surviving Iraqi prisoners were provided "Justice for War Crimes," however an Upstanding Military Serviceman has not been provided Justice from the same enemy due directly from Agent Mandall/Manadel al-Jamadi's participation in TERRORIST activities and Aiding and Abetting. That Upon the distinction of the "Abu Ghraib Scandal," the real enemy of this "War," was against people like Agent Mandall/Manadel al-Jamadi a Domestic Enemy and Insurgent, that is pointing towards the Iraqi people as terrorists hoping that accusation in itself would produce a foreign enemy enough to justify the "War," however as a Veteran of Iraq, I have never observed a Iraqi that has even challenged a serviceman. The only Enemy in Iraq are the "White Supremacists trafficking prisoners to fight" and American Serviceman like the plaintiff also trafficked by Law enforcement to fight within America.



One thing I have learned from my Captor's growing up is that like Agent Mandall/Manadel al-Jamadi people who point a finger also have 3 fingers pointing back towards themselves in LGBQT Code.

-That the "Notes" derived from this Target House were merely a "Range Card (see raid gay ran)," Drawn on order by the plaintiff, and adjusted to fit the situation by Sgt Koucher, observed on each card are erase marks where a member of the platoon changed the drawing to fit the "Raid situation."

9

-Those admissions of guilt, evidence both photographic and video, Motivation, Intent, Actions, Testimonies have all been acquired however the sole failure falls upon Agent Mandall/Manadel al-Jamadi and Criminal Investigative Division for not fulfilling the owed duty to this country; and assisting(creating) Terrorists in murdering U.S. Servicemen

-This Raid has transformed into an Open Secret (similarly the Attacks on 9/11) over the years because of the realization of its horrific nature. It has been discovered that although the platoon committed these acts, more than enough evidence was present, exposing Real Crime is being committed by Agent Mandall/Manadel al-Jamadi and CID for not acting upon information available and allowing this to continue unpunished. Their participation in a Conspiracy to commit a Crime, allowing this to happen when their sole authority is to stop crime and hold the perpetrators accountable.

In the Discovery of the "Abu Ghrabi Scandal," in the same exact format as the plaintiff's name (LGBQT code), family organization and intentions, it how is it possible that Agent Mandall/Manadel al-Jamadi not notice the torture and attempted murder towards the plaintiff, or is he enabling the process in the now known "Civil Conspiracy," that is torturing the plaintiff his entire life. Not to mention that Agent Mandall/Manadel al-Jamadi in this LGBQT code is also a NE (sean), however was not used in a Ring, he is intended as a TRUE INSURGENT or DOMESTIC TERRORIST by name, the same enemy that SETUP the plaintiff in Iraq (Platoon Sergeant Koucher), but in a position of authority that enabled the "Abu Ghraib Scandal," in the first place.

-"Civil Conspiracy," that the plaintiff has survived and pointed out throughout this case run disgracefully by "Authorities," it is apparent that Agent Mandall/Manadel al-Jamadi owed a duty of protection upon surviving the "Raid," failed to perform, Allowing MULTIPLE attempts of murder, of poisoning, Crazy Glue put on the plaintiff's eyes and lied to about it by medical personnel, multiple car accidents, medical mistreatment, it is PROOF BEYOND A REASONABLE DOUBT that Agent Mandall/Manadel al-Jamadi had the knowledge and ability to help as a (NE-sean) however aided terrorism as outlined in the plaintiff's Social Security number of 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, and did his part in attempting to murder the plaintiff.



Prisoner's after the Raid and Deal's Body on the far left after being blown up by Platoon Sgt Koucher and dressed as a "Terrorist"3 Iraqi prisoners, 1 American, and 4 total=314.



HM3 DEAL the Navy Corpsmen murdered during the raid and put different clothing on.



usab al-Zarqawi λ 🔒 eric koche

qawi, key insurgency le
om 2004 to 2006

From Left to Right a picture of Zarqawi the #1 Insurgent in Iraq who was in a prison cell in Abu Ghraib Prison the night of the "Raid," the middle is a picture of my Platoon Sergeant Koucher who was dressed as an Iraqi and shot Deal and the plaintiff, that the plaintiff shot at unknowingly it was his Platoon Sgt, the right picture is the Corpsmen or platoon medic that died that night, the platoon Sgt shot him after showing him a picture of himself having sex with Deal's wife. After the platoon ran out of ammunition, Koucher and the plaintiff fought after receiving 3 gunshot wounds and a crushed skull from Deal's suicide vest going off. Note to the court of the similar features of the three men, setup for identity theft.

-That All of these SERIOUS CRIMES have taken place, with more than enough evidence to prosecute, however Agent Mandall/Manadel al-Jamadi's abuse of power is solely the reason not one thing has happened.

-That every aspect of this case has been admitted to the plaintiff, and had no idea it was this complex

12



Computer "Found" at the raid site, that the plaintiff saw on Camp Fallujah previous to the Raid.
However, the plaintiff was severely wounded that night and wasn't able to focus on the raid.
Forcing the plaintiff to depend on Agent Mandall/Manadel al-Jamadi who is a domestic terrorist.



A Body from a terrorist from two days prior to the Raid was placed inside the warehouse to look like a terrorist.

14



Weapons that were "Found multiple times in the warehouse, raid after raid" the platoon acting as Al-Qaeda (all eat-a-d=Eat a dick), placed these weapons inside the Warehouse (warhouse) before the raids setup to murder straight men or the WMD (weapons of mass destructions, endowed men) unknowingly at the time used in a MASS Ring(O).



Treason typically enforced by the Department of Justice, in this Case Perjury and sedition by Agent Mandall/Manadel al-Jamadi towards Sergeant Edge (DeBevoise)'s case has without a doubt been committed. That Iraqi Prisoners have been provided more Justice than Sgt Edge has. That in the Prison Abuses have been exposed and the Military Servicemen responsible have been held responsible. However, a Active duty Sergeant of Upstanding Status, who was not only Severely wounded on an Official Mission but also disgraced by being urinated on and buried alive while Restrained after such severe wounds, then Tortured by U.S. Servicemen in Abu

Ghraib, then used as a drug mule (in his abdomen), "Pronounced Dead," sent home in a Body Bag, then miraculously survived has not been provided a shred of "Justice" for the acts towards him. Not only disgracing our Country and Military but disgracing our own servicemen worse than a terrorist Prisoner of War.

-That the evidence and testimonies available and not even a "Attempt," of Justice by Agent Mandall/Manadel al-Jamadi shows Treason against our country.

### Treason is the Crime of Betraying a State's Authority by waging war against it or aiding its enemies. The only CRIME explicitly defined in the U.S. Constitution.

That the evidence revealed in this case will show that Actions withheld by Agent Mandall/Manadel al-Jamadi of the Criminal Investigative Division who is owed a duty towards servicemen and women especially during a conflict or time of War to provide Justice, are so obvious that his actions towards concealment of a crime of such severity that it truly is **TREASON**. That every aspect of this crime is and has been known as it was occurring that without good reason otherwise reveals Agent Mandall/Manadel al-Jamadi is a **TRUE INSURGENT** and enabling the genocide towards straight men serving in our Uniformed Services.





Military 1

**In the name of Allah Most Gracious Most Merciful**

Praise be to Allah Lord of the worlds, prayers & peace be on the master of Messengers, his household & his followers.

Our Lord says, May exalted might he be, in the Quran

*"And prepare what you can for them from the power and the straps of horses, terrifying the enemy of Allah and yours, and others other than them you don't know them, Allah knows them"*.

First: It Is a must on to prepare for enemies what we can like training and the supply of weapons finance. What is meant here is the maximum of what we can do, like if we know that our weapons are in northern Iraq and deep in its south, and we need it, then it is a must on us to bring it? Also if military trainers were available, we should train & learn. It is high time we stopped making excuses and say this is what we can do. And our enemy is working day and night to fight us.

**Point of View** is the strategy of working in towns (Baghdad for example):

- Securing a well-trained neat team no less than thirty fighters.
- Securing snipers, RPG shooters & big machine gunners.
- Securing mortar men and other men to shoot missiles.
- Securing mines planting group.
- Securing Anti air Dual ZPU 14.5 x 2 machine guns ZPU 14.5 x 4

Matters to confuse the enemy

1. Focusing condensed strikes on the highway and cutting the supplies from the city
2. Attacking oil, shutting off the power & water in the city
3. Making condensed strikes on some cities to busy the enemy in it
4. Condensing missile strikes & mortars on centers inside the city
5. Concentrating on the mine matter inside the city

A word document written by the platoon, switched to Arabic language using the language tab in Microsoft Word.

**Military Strategy1.doc**

Format  Tools  Help



Smudge marks on each card where the original rand cards were modified.

PREPARER'S EMAIL ADDRESS: heatersms@gcesmnf-wiraq.usmc.mil
FORWARDING EMAIL ADDRESS:
CARBON COPY EMAIL ADDRESS:
COMMENTS:

| FROM ADDRESS:<br>2d Recon Bn<br>RCT-5<br>Unit 78676<br>FPO AE 09509-6676 | | TO (Awarding Authority) ADDRESS:<br>CG, I MEF |
|---|---|---|
| | | 14. EXP OF ACTIVE DUTY:<br>20070922 |
| COMMAND POC:<br>branteckllp@gcesmnf-wiraq.usmc.mil | PHONE NUMBER:<br>3405-404 | IF RETIREMENT, NUMBER OF YEARS:<br>N/A |
| 1. SOCIAL SECURITY NUMBER: | 2. DESIG/NEC/MOS:<br>0351 | 15. EST. DETACHMENT DATE: N/A |
| 3. NAME (Last, First, Middle):<br>DEBEVOISE, SEAN W | | RETIREMENT ☐  TERMINAL LEAVE ☐<br>TRANSFER ☐  IMPACT AWARD ☒ |
| 4. COMPONENT (USMC, USMCR, etc.):<br>USMC | 16. NEW DUTY STATION (Home address if separation anticipated):<br>N/A<br>N/A | |
| 5. GRADE/RATE:<br>CPL | 17. UNIT AT TIME OF ACTION/SERVICE:<br>12016 | 18. DUTY ASSIGNMENT:<br>ASSAULTMAN |
| 6. WARFARE DESIGNATOR: | 2D RECONNAISSANCE BATTALION | |
| | 7. UIC/RUC: | 19. PREVIOUS PERSONAL DECORATIONS AND<br>PERIOD RECOGNIZED (exclude Purple Heart and<br>Combat Action Ribbon):<br>Each individual included on this recommendation<br>has been screened and has not<br>previously received the Combat Action Ribbon for<br>Operation IRAQI FREEDOM. |
| 8. RECOMMENDED AWARD:<br>CR | 9. SPECIFIC ACHIEVEMENT (Impact<br>Award):<br>Yes | |

On 060517, Bravo Company, 2d Reconnaissance
Battalion, Regimental Combat Team
5, I Marine Expeditionary Force Forward in support
of Operation IRAQI FREEDOM,
was tasked with conducting a raid within the Al
Anbar Province. Team one
prepared to make entry into one of several target
houses when they immediately
received heavy machine gun fire. One sailor was
immediately shot and killed and
another Marine seriously injured while attempting to
clear the building. Teams
~~ immediately provided~~ ~~provide covering~~
fire while establishing an L
shape in order to gain fire superiority. Other
members of the platoon managed
to recover their team members and pulled back to
evacuate their killed and
injured. Close air support was immediately called
and the company's quick
reaction force was launched. During the following
hours intermittent enemy fire
was received from the target site. Upon
reconsolidation 1st and elements of 3rd
platoon engaged targets within the buildings with
heavy machinegun and small
arms fire while they continued to clear houses and
areas within the vicinity of
the target house. Upon completion of the raid, 2
buildings were destroyed by
close air support and 4 confirmed enemy KIA were
recovered from the target site.

The following actions were taken by the Marines:

~~[redacted] was entry man number 3. He was~~
~~[redacted]~~
~~[redacted] enemy combatant fire. He was seriously~~

HM3 Deel was entry man number 2. He was
mortally wounded by RPK machine gun
fire.

**RANK LNAME      FNAME SSN      ACTION DATE**
**APPROVAL**
Cpl Debevoise  Sean W[redacted]      060517
HM3 Deel  Lee [redacted]      060517

Publicly Stated that there were no Official "Orders" during the Scandal, however this
report is in hand and the discovery of the plaintiff's involvement in a "Civil Conspiracy"
provides that the military attempted to murder the plaintiff reinforced by LGBQT code
throughout this case. Not only did this occur, then team members of the plaintiff were awarded
with Bronze Stars for this Attempted murder, and torture.

**Summary of Action:**
Each individual included on this recommendation has been screened and has not previously received the Combat Action Ribbon for Operation IRAQI FREEDOM.

On 060517, Bravo Company, 2d Reconnaissance Battalion, Regimental Combat Team 5, I Marine Expeditionary Force Forward in support of Operation IRAQI FREEDOM, was tasked with conducting a raid within the Al Anbar Province. Team one prepared to make entry into one of several target houses when they immediately received heavy machine gun fire. One sailor was immediately shot and killed and another Marine seriously injured while attempting to clear the building. Teams 2 and 3 immediately proceeded to provide covering fire while establishing an L shape in order to gain fire superiority. Other members of the platoon managed to recover their team members and pulled back to evacuate their killed and injured. Close air support was immediately called and the company's quick reaction force was launched. During the following hours intermittent enemy fire was received from the target site. Upon reconsolidation 1st and elements of 3rd platoon engaged targets within the buildings with heavy machinegun and small arms fire while they continued to clear houses and areas within the vicinity of the target house. Upon completion of the raid, 2 buildings were destroyed by close air support and 4 confirmed enemy KIA were recovered from the target site.

The following actions were taken by the Marines:

Cpl Debevoise was entry man number 3. He fired 28 rounds of 5.56 ammunition and killed an enemy combatant before he was seriously injured.

HM3 Deal was entry man number 2. He was mortally wounded by RPK machine gun fire.

| RANK LNAME | FNAME | SSN | ACTION DATE | APPROVAL |
|---|---|---|---|---|
| Cpl Debevoise | Sean W | | 060517 | |
| HM3 Deal | Lee | | 060517 | |

**Citation:**

**Attachments**

The plaintiff would like to point out the basis for this suit is TREASON. And that publicly stated by officials that there were no Corrupt "Missions" ordered during the "Abu Ghraib Scandal," the following report has been filed by the commanding officer of the platoon acting as Al-Qaeda (LGBQT-You all eat dick). And that the U.S. Response to this scandal replied to the public using LGBQT code, and therefore left the victims with a deliberately false narrative," for the events of the "Global War on Terror ("ETA Error" in its own name), similar the plaintiff could not understand what happened until discovering the LGBQT code used to "Human Traffic" the plaintiff. And that is why Victims like the plaintiff are still under Attack by the LGBQT community; and being forced to learn this publicly recognized "Abnormal" psychology and way of communicating that has disturbed the world. And that this is the reason that Veterans of Iraq and Afghanistan are not "Committing Suicide," they are being

20

murdered(poisoned) similar to the plaintiff, however the plaintiff stays in "Great Shape," and doesn't drink alcohol (proved as a way of Poisoning; at the CMA's). And that it is not a coincidence that at most Military Installations and nearby areas have "Contaminated water." It is not the water, it is Pedophiles that are the true insurgents, murdering the victims unnoticed by poisoning, enabled by Law Enforcement like Agent Mandall/Manadel al-Jamadi ignoring the facts. Solely based on being another Ne similar to the plaintiff, however not enlightened enough to realize the consequences to every citizen to this country and that similar to genocide in Iraq it is selectively murdering and enabling the perverse to continue in modern day "Human Trafficking," benefitting Pedophiles, not the U.S. Constitution that the United States Military is intended for. That this institutional OBSTRUCTION OF JUSTICE is the true Terrorism. Meaning, it is not the men fighting, it is the leadership and law enforcement selectively allowing crime to occur for personal agendas such as OSAMA BIN LADEN (Need all in PEE a Mass Ring), disgracing this Country and every person throughout history who has fought and died in a war.

That every aspect of this "Mission," has been discovered, both good and bad, however the failure lands on Agent Mandall/Manadel al-Jamadi, the CID and every Law Enforcement agency involved after the Plaintiff Survived the impossible to expose the truth.

And that the plaintiff unknowingly survived horrendous "Infliction of Emotional Stress due to these failures," however, such one-sided abuse is camouflaged when the victim never actively partook in activities that would generate such horrendous treatment, needless to point out once again the plaintiff has been saying "SOMETHING WAS SERIOUSLY WRONG SINCE IRAQ."

That the U.S. Military took orders from a White Supremacist Pedophile in the attempted murder of Nigel Edge observed in the publicly published Newspaper article in the Journal News published a month prior to the "Raid" in Iraq. That under former President Bush(bu-shh), General Hagee (Ha-Gay) was systematically performing a Human Genocide of Straight men who were used for LGBQT benefit in an Illegally run MASS RING (OSAMA BIN LADEN-Need all in PEE A MASS O(ring)) run by authorities. And in Nigel Edge's case was labelled as "Gay" until his survival that it was discovered that LGBQT was labelling the murder of straight men as "Gay" in order to benefit LGBQT who was committing the "Human Genocide."

21



## Vanderbilt lumberyard sold to developer

*[handwritten annotations around and on the newspaper clipping, including:]*

Willows (we glow) Meaning to 1-3BQT code

Hope for 2 Louisiana

Joe Termini Conger - queer cons (convicts) (gay)
YO End Neas
I End Scan

My previous legal name was Sean (Debewoise)
Deed voy se
dead - going to - see
going to see dead

---

**Referencing Subject Matter Jurisdiction**; that the plaintiff has taken every known step available to him, and that the Federal Judicial Branch's sole purpose it to evaluate cases in which questionable legal matters stand, or failure of the Executive Branch, based on the Checks and Balances within the U.S. Constitution; the Plaintiff respectfully would like to point out that if a case ever qualifies for that Question, this case would **be the Case to challenge Authorities.**

That Agent Mandall/Manadel al-Jamadi and Camp Lejeune CID should be charged with TREASON and Sedition, the plaintiff realizes that this is Civil Court and Respectfully requests the Court to hold the Defendant's accountable for their Obstruction of Justice, and Infliction of Emotional Stress aiding and abetting; and sedition as a result in accordance to their contribution toward the LGBQT (terrorist) laid out plain in the Plaintiff's Social Security number of 122 68 6320. And that the behaviors discussed were a direct result of this WHITE SUPREMACIST PEDOPHILE PLAN. That Agent Mandall/Manadel al-Jamadi and CID not only ignored all of these crimes but observed the military award members of the plaintiff's platoon acting as Al-Qaeda with numerous awards for murdering men within our armed forces. The plaintiff Reminds the court that a Corpsman(medic) was murdered alongside the "Attempted Murder" of the Plaintiff who miraculously survived. And that the Publicly Announced Newspaper Article in

22

LGBQT code a month prior to this "Assassination Attempt," could have prevented this entire scenario, not to mention the man the night of the raid saying he could stop this; however in keeping information from Nigel Edge, he followed "Orders" where the U.S. Government through the plaintiff's Platoon acting as Al-Qaeda attempted to murder the plaintiff, by fragging, 3 gunshot wounds, burying alive, urinated on, waterboarded, used as a drug mule, sent home in a body bag, then had crazy glue put on his eyes and told he was in a medically induced coma, then strangled by his mother, after arriving stateside on her birthday, then poisoned multiple times, all because authorities are failing Nigel Edge for something that could have been prevented.

That specifically within the plaintiff's career in the Military, with evidence provided (Eyewitness, Videos/Photo evidence, after action reports, medical records, discovered terrorist plan, and common knowledge exposed, it is more than enough PROOF that Agent Mandall/Manadel al-Jamadi and CID acted against their owed Duty of Protection for the Servicemen and that acted in a way that benefits the Acts of Terrorism committed toward them rightly labelled as TREASON.

That all of these events have been admitted and apologized for by members of the plaintiff's platoon acting as Al-Qaeda.

The Plaintiff would like the court to observe that throughout court procedure, that the Plaintiff is being Harassed by local Law Enforcement, that this behavior is PROOF beyond a Reasonable Doubt that Authorities in their entirety are "Concealing a Crime (because it incriminates authorities)." Although it isn't something to Applaud, that it would provide relief of Respect to the public, that the U.S. Absorbs responsibilities for its faults, instead of digging an already embarrassingly deep hole in an attempt to cover something the entire world knows happened. The Truth is out, the U.S. just needs to acknowledge it.

That multiple authorities have suggested the plaintiff "Go on a Shooting Spree because of what the government is doing to you(plaintiff)," however, this is not a solution to the problem, it would turn the plaintiff into a Scapegoat further manipulated and turned into a criminal at the end of a life-long upstanding citizenship.

Nothing can change the past; however, people can be held accountable for it.

The Plaintiff Reminds the court that the names within the plaintiff's "Family (Captors),"
are situated and planned for Generational exploitation as revealed below for "Human Trafficking," and other means…

Phenetic and Latin anagrams found within names pertaining to this case;

William John DeBevoise-Going to see john (phonetic for Sean) dead, mail will

Sandy Lynn DeBevoise-Going to see dead, anal(gay) Dna

23

Tammy Marie DeBevoise-My mate, going to see dead; going to see my mate dead

Sean William DeBevoise-Voy-Going to(latin) se-see DeB-dead mail Sean (Neas) will

If the Plaintiff was murdered, the plaintiff's captor had the same phenetic anagram name most likely why the plaintiff has been punished for all of what his captor has done throughout his life, setup for identity theft.

Sue Payton (William's sister) U.S. Pays ton

Holly Curran (William's sister) Anchor (ancurr ho lie)

Karen Mulqueen (Sandy's sister)-Gay ran Mule queen (referring to drug transportation)

Patrick Mulqueen (Nigel's non-biological cousin)-Tap-trick (listening to phones) Mule Queen (gay mule, referring to drug transportation)

Meghan Mulqueen(cousin)-we gain mule queen

Janet Hall (Sandy's sister)-yall net Ha-ll(= referring to a gay net, human trafficking), Yall gay net.

Kevin (ge-vin Hall-gay-vin Ha-ll(referring to vin number or social security number),gay social security number ha.

There are more, however these are the ones the plaintiff has discovered.

The Plaintiff would like to point out that Detective Moore and Nigel's father(captor) have told the plaintiff to "Shoot your father," and that Det. Moore would immediately release the plaintiff. However, based on past events it seems apparent that Nigel has no reason to believe or trust Det. Moore, and is most likely meant to AGAIN turn the plaintiff into a scapegoat. So many people have treated the plaintiff wrongly and not been held accountable, including police, and sheriff's that they want the plaintiff to act out of character and pursue criminal action in order to bypass accountability for their behavior towards Nigel, including authorities acting in the same manor.

-Although Nigel rightly is able to pursue these actions, he is aware that so many people have lied to him, including law enforcement, it would be reckless to act.

-It is foolish at this time to hold solely the captor accountable while numerous other hate crimes and attempts to murder Nigel Edge have been made by people who are obligated to help,

24

and that the priority of this case is to hold numerous amounts of criminal behavior accountable in order to prevent further criminal and terrorist behavior.



Observed in the background is CMT (See-TM(Team)) Same as World Trade Center or WTC where the attacks were committed by the same LGBQT extremists) and the year 2012, which in LGBQT code is 122(now suicide) and in sync with the plaintiff's Social Security number, and many other documents, federally and photographically shown throughout this case. Also on June 6, the anniversary of D-day (or PE day-because the Plaintiff was urinated on surviving his hate crime in Iraq) of World War II (=) that many of LGBQT people believe is a global war about Gay rights. The plaintiff realizes that this way is abnormal, however that is why it has taken years to recognize and many of the people within the LGBQT Community pointing this "Code," out to the plaintiff. It has been occurring throughout the plaintiff's life without him knowing it.

That Kellie Pickler is a huge supporter of the USO is not a secret, however she is referring to the USO (U.S. O= the ring).

The Plaintiff realizes that this is abnormal and is the basis for this case. The Plaintiff would like to point out that it doesn't matter what is normal or not if the crime is abnormal in nature, the

25

plaintiff is merely recognizing this abnormal behavior in a attempt to prevent further harmful actions, and acquire relief for harm already done.

That Recently The Plaintiff was POISONED by a person named Amos Purdy(Amos REAPER) referring to General Amos, who's integrity was questioned during this incident in Bethesda Maryland Hospital.

### -Case No. 7:25-CV-362-O Nigel Vs. Amos Purdy/Trent Bailey

**Direct Failure of Due Process**; the majority of these events the plaintiff has accurately described, however authorities provided a more accurate depiction of these events revealing they knew these events were happening and are simply "Watching it happen," without taking appropriate action of law enforcement, enabling acts of pedophilia and terrorism instead of helping as required.

**-Cases No**. **25CVS001660 Body Cam Video the Oak Island Police** Chief refused to sign for being served because the footage incriminates Oki Police Department

**-Case No. 7-24-CV-1086-FL Cruel and Unusual Punishment-** waterboarded, disabling of leg, Nigel Edge's (Ghost Detainee) Death (wrongful death) in restraints then placed into a body bag

**-Case No. 25CVS000139-090 Nigel Vs Novant** (although a default judgment was in order the case was dismissed) Judge Jason Disbrow

-Multiple other active cases

**-Attempted Restraining order against Detective Moore** dismissed by **Judge Sarah Mcpherson** against a sheriff who enabled poisoning the plaintiff

### -Multiple mistreatments with the Veteran's Affair's

**-Set-up by Hope For Warriors (FBI)** to be used in the film industry on multiple movies without receiving payment because they knew they were going to murder the plaintiff(attempted)

**-Set-up by Hope For Warriors (FBI)** to be Murdered by Kellie Pickler(poisoning) would be viewed as "suicide" if I died

-Multiple arrogant displays of Nigel's Nice-Dick at the NasDaq "Ringing the Bell" aimed at promoting "Suicide" observed in the dates ETA now Suicide. Observed in Case #7:24-CV-1086FL attached

-Harassment by OKI Police Department after submitting an FBI tip

-OKI Police Department killing a raccoon the plaintiff was rehabbing (plaintiff threatened by Police)

Authorities helping Pedophiles(terrorists), the people responsible for Abu Ghraib that trafficked the plaintiff

---

# Military

-Setup for Murder in Iraq during the "Abu Ghraib Scandal"

-Shot 3 times (by platoon sergeant dressed as Al-Zarqawi), hit by grenade frag, and hit by a suicide vest

-Urinated on

-Zip-tied(restrained)

-Buried alive

-Brought to Abu Ghraib Prison in restraints as a **"Ghost Detainee"**

-Waterboarded(tortured)

-Used as a drug mule (in my stomach)

-Transported in a "Body Bag (pronounced dead)"

-Restrained in Bethesda Naval Hospital

-Had Crazy glue put on his eyelids and left with machines beeping (Chinese water torture)

-Strangled by his alleged "Mother"

-Wasn't given pain medication, when they did give me medication, they did not wean me off in hopes I would die from withdrawal shock

---

-Ex-wife supposedly raped multiple times while the plaintiff was "Chemically restrained," in a wheelchair

-Poisoned by ex-wife with antifreeze

- Multiple medical mistreatments and mal-practice

-Multiple poisonings (murder attempts)

-house vandalized on veterans' day

27

-

-Let the court know that the majority of these conflicts I described without actually understanding what happened; Authorities explained each event separately revealing they knew about it without pressing Criminal charges in attempt to help in Promoting Suicide or the Murder of the plaintiff as **TREASON.**

That I am not being treated as HUMAN and with the Rights written in our Constitution as a Victim and Survivor of two National Scandals, the person that helped Law Enforcement and that Law Enforcement is attempting to murder me because of what was exposed.

That the Plaintiff has never committed a crime, that it is unlawful based on the 14th Amendment to punish Nigel Edge for mistakes made by "Authorities."

**I would like to remind the court that I am a Law-Abiding Citizen with NO criminal Record, highly educated, and the only reason I am in this situation is because I have cooperated with Law Enforcement my entire life. In retrospect I was a "PRISONER" my entire life.**

**Reference to Federal Case # 7:24-CV-1086FL now on appeal will be added to this case for support.**

**-REQUEST SPECIAL INVESTIGATION INTO TREASON BY "AUTHORITIES LOCALLY AND FEDERALLY," THAT IS RESPONSIBLE FOR ATTACKS ON 9/11 AND A CIVIL CONSPIRACY THAT IS RESPONSIBLE FOR THE GLOBAL WAR ON TERROR; A WAR ON TWO FRONTS IRAQ AND AFGHANISTAN THAT HAS TAKEN THE LIVES OF THOUSANDS OF AMERICANS AND CONTINUES TO SELECTIVELY GROOM THE AMERICAN POPULATION USING CHEMICAL WEAPONS IN SUPPORT OF LGBQT WHITE SUPREMACIST PEDOPHILIA-**

**Reminder**; If the government failed, Citizens would no longer agree to be governed and they would have the Right to Revolt.

-The right of revolution or right of rebellion is the right or duty of the people to "Alter or Abolish a government that acts against their common interests or threatens the safety of the people without justifiable cause-

**14th Amendment:** No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

-That due process in its entirety is absent in every way. That deprivation by the state action of a protected interest in life, liberty, or property, and inadequate state process exist. -

-The plaintiff has exhausted all administrative actions and more-

28

-Actions taken by Law Enforcement involved is the direct Abuse of Power as arrogantly displayed-

That Nigel Edge did not know he was involved with "White Supremacist LGBQT" after surviving a horrendous systematic attempt of Murder (Hate Crime) in Iraq as a Hate Crime, Hope for the Warriors (FBI) explanation of events was so implausible based on the facts Nigel Edge has been "Surrounded by Police" his entire life, a star athlete, and well-rounded man." That the only conceivable reality based on this is that authorities "Trafficked," Nigel abusing their power that is intended to prevent crime to commit crime on such a scale that it is now recognized as Terrorism.

Simply explained Nigel Edge is in this situation now because he is not a Pedophile or Terrorist; a "Good Man" that is depending on authorities to fulfill their owed obligations.

**Conclusion:**

**Nigel Edge was "Pronounced DEAD" as a "Prisoner of War," tortured (waterboarding and disabling his leg) and died in restraints in Abu Ghraib, sent home in a body bag, upon his arrival and awakening tortured again by his country and family.**

**Punitive damages** of 51 million dollars as a survivor of **Severe Intentional Infliction of Emotional Stress**, **Human Trafficking** and the **Civil Conspiracy** that has held Nigel Edge Captive as a "**Ghost Detainee**" his entire life without **Due Process** of **Authorities** involved actively as **TREASON (100% U.S. War).**

29



Nigel Edge    4/8/2025